**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDWARD JAMES NICHOLAS,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-14-0029 |
| v. : | |
| : | (Judge Caputo) |
| **BRENDA TRITT,** *et al.*, : | |
| : | |
| Respondents : | |

**O R D E R**

**AND NOW**, this **16th** day of **DECEMBER, 2014**, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1) and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2254 is **DISMISSED.**

2. A certificate of appealability is **DENIED**.  *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this file.

                                         /s/ A. Richard Caputo
                                         **A. RICHARD CAPUTO**
                                         **United States District Judge**